Robert Whitmore, Trustee
3600 Lime Street, Suite 616
Riverside, CA 92501
Phone: 951-276-9292

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

| | | |
|---|---|---|
| In re: | § § | |
| HILL, LINDA JEAN | § § | Case No. 6:21-bk-15899-MH |
| Debtor(s) | § § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter   of the United States Bankruptcy Code was filed on   . The undersigned trustee was appointed on   .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of          $

      Funds were disbursed in the following amounts:

      Payments made under an interim disbursement
      Administrative expenses
      Bank service fees
      Other payments to creditors
      Non-estate funds paid to 3rd Parties
      Exemptions paid to the debtor
      Other payments to the debtor

      Leaving a balance on hand of[1]          $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011)

  5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

  6. The deadline for filing non-governmental claims in this case was     and the deadline for filing governmental claims was    . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

  7. The Trustee's proposed distribution is attached as **Exhibit D**.

  8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $    .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

  The trustee has received $   as interim compensation and now requests a sum of $    , for a total compensation of $   [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $   , and now requests reimbursement for expenses of $   , for total expenses of $   [2].

  Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/ROBERT  S.  WHITMORE, TRUSTEE_____
                 Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

| | |
|---|---|
| Case No: 21-15899   MH   Judge: MARK D. HOULE | Trustee Name: ROBERT S. WHITMORE, TRUSTEE |
| Case Name: HILL, LINDA JEAN | Date Filed (f) or Converted (c): 11/16/21 (f) |
| | 341(a) Meeting Date: 12/23/21 |
| For Period Ending: 10/25/22 | Claims Bar Date: 09/16/22 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 311 SAN REMO ST., PALM DESERT CA 92260 | 382,900.00 | 0.00 | OA | 0.00 | FA |
| 2. 2012 MERCEDES-BENZ E350 | 8,000.00 | 4,675.00 | | 4,000.00 | FA |
| 3. APPROXIMATELY 1995 GOLF CART (NEEDS NEW BATTERIES) | 1,000.00 | 0.00 | | 0.00 | FA |
| 4. HOUSEHOLD GOODS | 5,000.00 | 0.00 | | 0.00 | FA |
| 5. ELECTRONICS | 500.00 | 0.00 | | 0.00 | FA |
| 6. GOLF CLUBS | 250.00 | 0.00 | | 0.00 | FA |
| 7. CLOTHING | 500.00 | 0.00 | | 0.00 | FA |
| 8. ROLEX (FROM APPROXIMATELY 2000) | 2,000.00 | 0.00 | | 0.00 | FA |
| 9. TWO DOGS | 0.00 | 0.00 | | 0.00 | FA |
| 10. CASH | 22.00 | 0.00 | | 0.00 | FA |
| 11. CHECKING - US BANK | 267.00 | 0.00 | | 0.00 | FA |
| 12. SAVINGS - US BANK | 3,578.00 | 0.00 | | 0.00 | FA |
| 13. CHECKING - BANK OF SOUTHERN CALIFORNIA | 750.00 | 0.00 | | 0.00 | FA |
| 14. CHECKING - US BANK | 196.00 | 0.00 | | 0.00 | FA |
| 15. ROTH IRA WITH MERRILL LYNCH | 635.00 | 0.00 | | 0.00 | FA |
| 16. BETTERMENT | 4,500.00 | 0.00 | | 0.00 | FA |
| TOTALS (Excluding Unknown Values) | $410,098.00 | $4,675.00 | | $4,000.00 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

EXCESS EQUITY IN VEHICLE

RECEIVED OFFER TO PURCHASE EXCESS EQUITY;

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

| | | | |
|---|---|---|---|
| Case No: | 21-15899    MH    Judge: MARK D. HOULE | Trustee Name: | ROBERT S. WHITMORE, TRUSTEE |
| Case Name: | HILL, LINDA JEAN | Date Filed (f) or Converted (c): | 11/16/21 (f) |
| | | 341(a) Meeting Date: | 12/23/21 |
| | | Claims Bar Date: | 09/16/22 |

AWAITING CLAIMS BAR DATE;

CLAIMS REVIEW COMPLETED.

MOTION TO APPROVE COMPROMISE OF NON-EXEMPT EQUITY IN VEHICLE FILED; ORDER ENTERED 10-05-22 APPROVING COMPROMISE

Initial Projected Date of Final Report (TFR): 12/31/23       Current Projected Date of Final Report (TFR): 12/31/23

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 21-15899 -MH | Trustee Name: | ROBERT S. WHITMORE, TRUSTEE |
|---|---|---|---|
| Case Name: | HILL, LINDA JEAN | Bank Name: | Axos Bank |
| | | Account Number / CD #: | *******1145  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2483 | | |
| For Period Ending: | 10/25/22 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/06/22 | 2 | HESTON & HESTON ATTORNEYS AT LAW, TRUST ACCOUNT | NON-EXEMPT EQUITY IN VEHICLE | 1129-000 | 4,000.00 | | 4,000.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 4,000.00 | 0.00 | 4,000.00 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 4,000.00 | 0.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 4,000.00 | 0.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account (Non-Interest Earn - *******1145 | 4,000.00 | 0.00 | 4,000.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 4,000.00 | 0.00 | 4,000.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    4,000.00    0.00

# Central District of California
# Claims Register

### 6:21-bk-15899-MH Linda Jean Hill

**Judge:** Mark D. Houle  
**Office:** Riverside  
**Trustee:** Robert Whitmore (TR)  

**Chapter:** 7  
**Last Date to file claims:** 09/16/2022  
**Last Date to file (Govt):** 09/16/2022  

---

**Creditor:** (41218854)  
Department Stores National Bank  
c/o Quantum3 Group LLC  
PO Box 657  
Kirkland, WA 98083-0657  

**Claim No: 1**  
Original Filed Date: 06/27/2022  
Original Entered Date: 06/27/2022  

**Status:**  
Filed by: CR  
Entered by: Clarissa Weyant  
Modified:  

Amount claimed: $1119.33

History:

Details  1-1  06/27/2022 Claim #1 filed by Department Stores National Bank, Amount claimed: $1119.33 (Weyant, Clarissa)

Description: (1-1) Money Loaned  
Remarks: #8187

---

**Creditor:** (41228062)  
JPMorgan Chase Bank, N.A.  
s/b/m/t Chase Bank USA, N.A.  
c/o National Bankruptcy Services, LLC  
P.O. Box 9013  
Addison, Texas 75001  

**Claim No: 2**  
Original Filed Date: 07/07/2022  
Original Entered Date: 07/07/2022  

**Status:**  
Filed by: CR  
Entered by: Kiana Witcher  
Modified:  

Pymt:  
PO Box 15328  
Wilmington, DE 19850

Amount claimed: $6540.28

History:

Details  2-1  07/07/2022 Claim #2 filed by JPMorgan Chase Bank, N.A., Amount claimed: $6540.28 (Witcher, Kiana)

Description: #3233  
Remarks:

---

**Creditor:** (41230221)  
JPMorgan Chase Bank, N.A.  
s/b/m/t Chase Bank USA, N.A.  
c/o National Bankruptcy Services, LLC  
P.O. Box 9013  
Addison, Texas 75001  

**Claim No: 3**  
Original Filed Date: 07/11/2022  
Original Entered Date: 07/11/2022  

**Status:**  
Filed by: CR  
Entered by: Kiana Witcher  
Modified:  

Pymt  
PO Box 15328  
Wilmington, DE 19850

Amount claimed: $10321.44

History:

Details  3-1  07/11/2022 Claim #3 filed by JPMorgan Chase Bank, N.A., Amount claimed: $10321.44 (Witcher, Kiana)

Description: #6619  
Remarks:

---

| Creditor: (41244688)<br>Citibank, N.A.<br>5800 S Corporate Pl<br>Sioux Falls, SD 57108-5027 | Claim No: 4<br>Original Filed Date: 07/27/2022<br>Original Entered Date: 07/27/2022 | Status:<br>Filed by: CR<br>Entered by: Gwendolyn S Wiens<br>Modified: |
|---|---|---|

Amount claimed: $4656.35

*Handwritten:* Pymt 6716 GRADE LN Bldg 9 STE 910 - PY Dept. Louisville, KY 40213-3439

History:

Details ○ 4-1 07/27/2022 Claim #4 filed by Citibank, N.A., Amount claimed: $4656.35 (Wiens, Gwendolyn)

Description: (4-1) Money Loaned
Remarks: *Handwritten:* #3324 - Costco

| Creditor: (41284965)<br>U.S. Bank National Association<br>Bankruptcy Department<br>PO Box 108<br>Saint Louis MO 63166-0108 | Claim No: 5<br>Original Filed Date: 09/12/2022<br>Original Entered Date: 09/12/2022 | Status:<br>Filed by: CR<br>Entered by: Amira Avdic<br>Modified: |
|---|---|---|

Amount claimed: $3058.75

*Handwritten:* Pymt. 4801 FREDERICA ST. Owensboro, KY 42301

History:

Details ○ 5-1 09/12/2022 Claim #5 filed by U.S. Bank National Association, Amount claimed: $3058.75 (Avdic, Amira)

Description: (5-1) Credit Card 8971
Remarks:

| Creditor: (41287078)<br>MUFG Union Bank, N.A.<br>C O WEINSTEIN & RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | Claim No: 6<br>Original Filed Date: 09/14/2022<br>Original Entered Date: 09/14/2022 | Status:<br>Filed by: CR<br>Entered by: Taylor Bartle<br>Modified: |
|---|---|---|

Amount claimed: $14276.45

*Handwritten:* Pymt PO Box 3978 Seattle, WA 98124-3978

History:

Details ○ 6-1 09/14/2022 Claim #6 filed by MUFG Union Bank, N.A., Amount claimed: $14276.45 (Bartle, Taylor)

Description: *Handwritten:* #2723
Remarks:

| Creditor: (41284965)<br>U.S. Bank National Association<br>Bankruptcy Department<br>PO Box 108<br>Saint Louis MO 63166-0108 | Claim No: 7<br>Original Filed Date: 09/15/2022<br>Original Entered Date: 09/15/2022 | Status:<br>Filed by: CR<br>Entered by: Anthony Maurice Woodson<br>Modified: |
|---|---|---|

Amount claimed: $9046.47

*Handwritten:* Pymt 4801 FREDERICA ST. Owensboro, KY 42301

History:

Details ○ 7-1 09/15/2022 Claim #7 filed by U.S. Bank National Association, Amount claimed: $9046.47 (Woodson, Anthony)

Description: (7-1) Credit Card 8577

Remarks:

Creditor:  (41290071)                Claim No: 8                    Status:
Internal Revenue Service             Original Filed                 Filed by: DE
PO Box 7346                          Date: 09/16/2022                Entered by: AUTP
Philadelphia, PA 19101-7346          Original Entered               Modified:
                                     Date: 09/16/2022

Amount claimed: $3803.00     *Filed by Debtor's Attorney*
Priority claimed: $3803.00   *10-20-22 Withdrawal of Claim*

History:
Details  8-1  09/16/2022 Claim #8 filed by Internal Revenue Service, Amount claimed: $3803.00 (AUTP)
Description:
Remarks: (8-1) Account Number (last 4 digits):5613

## Claims Register Summary

Case Name: Linda Jean Hill
Case Number: 6:21-bk-15899-MH
Chapter: 7
Date Filed: 11/16/2021
Total Number Of Claims: 8

| Total Amount Claimed* | $52822.07 |
|---|---|
| Total Amount Allowed* | |

*Includes general unsecured claims

The values are reflective of the data entered. Always refer to claim documents for actual amounts.

|  | Claimed | Allowed |
|---|---|---|
| Secured | | |
| Priority | $3803.00 | |
| Administrative | | |

| PACER Service Center |||||
|---|---|---|---|---|
| Transaction Receipt |||||
| 09/20/2022 10:45:56 |||||
| PACER Login: | rswtrustee | Client Code: | | |
| Description: | Claims Register | Search Criteria: | 6:21-bk-15899-MH Filed or Entered From: 1/1/1980 Filed or Entered To: 9/20/2022 ||
| Billable Pages: | 1 | Cost: | 0.10 ||

| Exempt flag: | Exempt | Exempt reason: | Exempt Court Order |

# TRUSTEE'S PROPOSED DISTRIBUTION

Case No.: 6:21-bk-15899-MH
Case Name: HILL, LINDA JEAN
Trustee Name: ROBERT S. WHITMORE, TRUSTEE

      Balance on hand      $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
| --- | --- | --- | --- |
| Trustee Fees: ROBERT S. WHITMORE, TRUSTEE | $ | $ | $ |
| Trustee Expenses: ROBERT S. WHITMORE, TRUSTEE | $ | $ | $ |

    Total to be paid for chapter 7 administrative expenses    $_____

    Remaining Balance    $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

UST Form 101-7-TFR (5/1/2011)    *(Page: 10)*    **Exhibit D**

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | DEPARTMENT STORES NATIONAL BANK | $ | $ | $ |
| 000002 | JPMORGAN CHASE BANK, N.A. | $ | $ | $ |
| 000003 | JPMORGAN CHASE BANK, N.A. | $ | $ | $ |
| 000004 | CITIBANK, N.A. | $ | $ | $ |
| 000005 | U.S. BANK NATIONAL ASSOCIATION | $ | $ | $ |
| 000006 | MUFG UNION BANK, N.A | $ | $ | $ |
| 000007 | U.S. BANK NATIONAL ASSOCIATION | $ | $ | $ |

Total to be paid to timely general unsecured creditors                $_____

Remaining Balance                                                     $_____

Tardily filed claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

Exhibit D

NONE

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE