ROBERT S. WHITMORE
3600 Lime Street
Suite #616
Riverside, CA 92501
Telephone No.: (951) 276-9292

Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>LINDA JEAN HILL, | CASE NUMBER: 6:21-15899-MH<br>CHAPTER 7<br><br>**NARRATIVE IN SUPPORT OF TRUSTEE'S FINAL REPORT AND APPLICATION FOR TRUSTEE FEES AND EXPENSES; REPORT OF PROPOSED DISTRIBUTION**<br><br>Date:  HEARING REQUESTED<br>Time:<br>Ctrm: |

**TO THE HONORABLE MARK D. HOULE, UNITED STATES BANKRUPTCY JUDGE, UNITED STATES TRUSTEE, AND OTHER PARTIES IN INTEREST:**

I, ROBERT S. WHITMORE, Trustee of the above referenced estate hereby submits this Narrative in Support of the Trustee's Final Report and Application for Trustee Fees and Expenses; Report of Proposed Distribution, which Final Report is being filed concurrently herewith.

The following narrative statement of the administration of the case includes a summary of the major actions taken by the trustee and the relevant justification of these actions:

Reviewed schedules, conducted 341(a) examination;

Listed in the Debtors' petition was a 2012 Mercedes Benz

with a value of $8,000.00, which was free and clear of liens. The Debtor requested an exemption of $3,325.00 in the Mercedes under C.C.P. §704.

After reviewing documents provided by the Debtor, Carmax value and auctioneer value received from Jack Pope, a settlement was reached with the Debtor to pay this estate the sum of $4,000.00 as a compromise of the non-exempt equity in the vehicle.

A motion and notice to creditors was filed and an order was entered October 5, 2022 approving the compromise.

Claims review was completed. No objections to claims were necessary.

Review of the estates tax obligation, determined that no tax returns were necessary for this estate

Dated: 10-25-22

_____
ROBERT S. WHITMORE, Trustee

**SUMMARY OF RECEIPTS AND DISBURSEMENTS**

**1. RECEIPTS:**

| | | |
|---|---|---|
| Non-exempt equity in vehicle | $ | 4,000.00 |
| **TOTAL RECEIPTS:** | **A.** $ | **4,000.00** |

**2. DISBURSEMENTS:**

| | | |
|---|---|---|
| **TOTAL DISBURSEMENTS:** | **B.** $ | **0.00** |
| **ESTATE FUND BALANCE:** | **C.** $ | **4,000.00** |

**3. PROJECTED DISBURSEMENTS:**

| | | |
|---|---|---|
| Trustee Fees Requested | $ | 1,000.00 |
| | Exp. $ | 116.32 |

| | | |
|---|---|---|
| TOTAL PROJECTED DISBURSEMENTS FOR FEES AND EXPENSES REMAINING TO BE PAID: | **D.** | $ 1,116.32 |
| **FUNDS AVAILABLE FOR CREDITORS** | **E.** | **$ 2,883.68** |

# TRUSTEE'S STATEMENT OF ACTIVITIES
### Entries Through 10/25/22

Date: 10/25/22        HILL, LINDA JEAN (21-15899)        Trustee: 008000

| Date | Description / Notes | User |
|---|---|---|
| 12/17/21 | REVIEW DEBTOR'S SCHEDULES, STATEMENT OF FINANCIAL AFFAIRS, ETC. IN PREPARATION FOR 341(a) MEETING OF CREDITORS | |
| 12/23/21 | CONDUCT 341(a) MEETING OF CREDITORS | |
| 12/23/21 | PREPARE AND SERVE NOTICE OF CONTINUANCE OF 341(a) MEETING OF CREDITORS | |
| 01/27/22 | RECEIVE/REVIEW CORRESPONDENCE FROM DEBTOR'S ATTORNEY RE CARMAX VALUE OF MERCEDES | |
| 02/07/22 | PREPARE AND SERVE NOTICE OF CONTINUANCE OF 341(a) MEETING OF CREDITORS | |
| 02/22/22 | TELEPHONE CONF W/BEN HESTON RE STATUS OF VEHICLE. SENDING IN INSURANCE INFO | |
| 02/24/22 | PREPARE AND SERVE NOTICE OF CONTINUANCE OF 341(a) MEETING OF CREDITORS | |
| 03/04/22 | TELEPHONE CONF W/DEBTOR'S ATTORNEY RE STATUS DEBTOR'S NON-EXEMPT VEHICLE | |
| 03/29/22 | PREPARE AND SERVE NOTICE OF CONTINUANCE OF 341(a) MEETING OF CREDITORS | |
| 04/12/22 | TELEPHONE CONF W/DEBTOR'S ATTORNEY RE AUCTIONEER PICKING UP VEHICLE | |
| 04/12/22 | PREPARE EMAIL TO JACK POPE TO REQUEST MAKING APPOINTMENT O VIEW VEHICLE FOR POSSIBLE AUCTION | |
| 04/21/22 | EMAIL TO JACK POPE TO VERIFY RECEIPT OF REQUEST TO INSPECT THE MERCEDES | |
| 04/25/22 | RECEIVE/REVIEW VALUE OF MERCEDES FROM JACK POPE | |
| 06/13/22 | PREPARE NOTIFICATION OF ASSET CASE | |
| 06/28/22 | TELEPHONE CONF W/DEBTOR'S ATTORNEY TO DISCUSS OFFER | |
| 09/14/22 | PREPARE DECLARATION OF AUCTIONEER RE VALUE OF MERCEDES. EMAIL FOR SIGNATURE | |
| 09/15/22 | PREPARE MOTION AND NOTICE TO CREDITORS RE COMPROMISE OF ESTATE INTEREST IN NON-EXEMPT VEHICLE, PROCESS | |
| 09/26/22 | CLAIMS REVIEW COMPLETED | |
| 10/04/22 | REVIEW PACER FOR ANY OBJECTIONS TO COMPROMISE MOTION | |
| 10/04/22 | PREPARE DECLARATION THAT NO PARTY REQUESTED A HEARING ON COMPROMISE MOTION | |
| 10/04/22 | PREPARE ORDER APPROVING COMPROMISE, UPLOAD SAME | |
| 10/05/22 | PREPARE NOTICE TO PROFESSIONALS, PROCESS | |
| 10/17/22 | TELEPHONE CONF BEN HESTON TO DISCUSS CLAIM FILED ON BEHALF OF THE IRS. HE WILL WITHDRAWAL CLAIM | |
| 10/20/22 | RECEIVE/REVIEW WITHDRAWAL OF CLAIM #8 | |

Page 1

SIGAREPT        Printed: 10/25/22 12:57 PM    Ver: 22.07b