United States Bankruptcy Court

Central District of California

In re:                                                                                                   Case No. 21-15899-MH
Linda Jean Hill                                                                                          Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-6                                User: admin                                  Page 1 of 2
Date Rcvd: Dec 14, 2022                        Form ID: pdf001                             Total Noticed: 18

The following symbols are used throughout this certificate:
**Symbol     Definition**

+                   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 16, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Linda Jean Hill, 311 San Remo Street, Palm Desert, CA 92260-2150 |
| 41019971 | + | Monterey Country Club, 41500 Monterey Ave, Palm Desert, CA 92260-2199 |
| 41019972 | + | Mufg Union Bank N.a., Po Box 85643, San Diego, CA 92186-5643 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: itcdbg@edd.ca.gov | Dec 15 2022 00:45:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | Email/Text: BKBNCNotices@ftb.ca.gov | Dec 15 2022 00:45:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| 41019967 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 15 2022 00:50:32 | Citi, Po Box 6190, Sioux Falls, SD 57117-6190 |
| 41244688 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 15 2022 00:50:03 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 41218854 | | Email/Text: bnc-quantum@quantum3group.com | Dec 15 2022 00:45:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 41290071 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 15 2022 00:45:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 41019968 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 15 2022 00:49:50 | Jpmcb Card, Po Box 15369, Wilmington, DE 19850 |
| 41228062 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Dec 15 2022 00:45:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 41019969 | + | Email/Text: PBNCNotifications@peritusservices.com | Dec 15 2022 00:45:00 | Kohls/capone, Po Box 3115, Milwaukee, WI 53201-3115 |
| 41287078 | + | Email/Text: bncmail@w-legal.com | Dec 15 2022 00:45:00 | MUFG Union Bank, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 41019970 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 15 2022 00:50:04 | Macys/dsnb, Po Box 6789, Sioux Falls, SD 57117-6789 |
| 41019973 | + | Email/Text: nsm_bk_notices@mrcooper.com | Dec 15 2022 00:45:00 | Nationstar/Mr Cooper, 350 Highland, Houston, TX 77009-6623 |
| 41019974 | + | Email/Text: bncmail@w-legal.com | Dec 15 2022 00:45:00 | Td Bank Usa/targetcred, Po Box 673, Minneapolis, MN 55440-0673 |
| 41284965 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Dec 15 2022 00:45:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |

| District/off: 0973-6 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 14, 2022 | Form ID: pdf001 | Total Noticed: 18 |

41019975  Email/Text: RPSBankruptcyBNCNotification@usbank.com
Dec 15 2022 00:45:00   Us Bank, Cb Disputes, Saint Louis, MO 63166

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 41230221 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 16, 2022      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 14, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Debtor Linda Jean Hill bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Robert Whitmore (TR) | rswtrustee@yahoo.com rwhitmore@ecf.axosfs.com |
| United States Trustee (RS) | ustpregion16.rs.ecf@usdoj.gov |

TOTAL: 3

Robert Whitmore, Trustee  
3600 Lime Street, Suite 616  
Riverside, CA 92501  
Phone: 951-276-9292

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### RIVERSIDE DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| HILL, LINDA JEAN | § | Case No. 6:21-bk-15899-MH |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ROBERT S. WHITMORE, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

U.S. BANKRUPTCY COURT  
CLERK'S OFFICE  
3420 TWELFTH STREET  
RIVERSIDE, CA 92501

A hearing on the Trustee's Final Report and Applications for Compensation will be held at 11:00 a.m. on January 18, 2023 in Courtroom #301, United States Bankruptcy Court, located at 3420 Twelfth Street Riverside, CA 92501. Any person wishing to object to any fee application that has not already been approved, or to the Trustee's Final Report, must file a written opposition thereto pursuant to Local Bankruptcy Rule 9013-1(f) not later than 14 days before the date designated for hearing and serve a copy of the opposition upon the trustee, any party whose application is being challenged and the United States Trustee. Untimely objections may be deemed waived. In the absence of a timely objection by the United States Trustee or other party in interest, the Court may discharge the Chapter 7 Trustee and close the case without reviewing the Final Report and Account or determining the merits of the Chapter 7 Trustee's certification that the estate has been fully administered. See Federal Rule of Bankruptcy Procedure 5009.

Date Mailed: 12/14/2022        By: /S/ ROBERT S. WHITMORE  
                                          ROBERT S. WHITMORE

UST Form 101-7-NFR (5/1/2011) *(Page: 1)*

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
RIVERSIDE DIVISION

In re:  §
        §
HILL, LINDA JEAN  §  Case No. 6:21-bk-15899-MH
        §
    Debtor(s)  §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 4,000.00 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 4,000.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: ROBERT S. WHITMORE, TRUSTEE | $ 1,000.00 | $ 0.00 | $ 1,000.00 |
| Trustee Expenses: ROBERT S. WHITMORE, TRUSTEE | $ 116.32 | $ 0.00 | $ 116.32 |
| Total to be paid for chapter 7 administrative expenses | | $ | 1,116.32 |
| Remaining Balance | | $ | 2,883.68 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 49,019.07  have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 5.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | DEPARTMENT STORES NATIONAL BANK | $ 1,119.33 | $ 0.00 | $ 65.85 |
| 000002 | JPMORGAN CHASE BANK, N.A. | $ 6,540.28 | $ 0.00 | $ 384.75 |
| 000003 | JPMORGAN CHASE BANK, N.A. | $ 10,321.44 | $ 0.00 | $ 607.19 |
| 000004 | CITIBANK, N.A. | $ 4,656.35 | $ 0.00 | $ 273.92 |
| 000005 | U.S. BANK NATIONAL ASSOCIATION | $ 3,058.75 | $ 0.00 | $ 179.94 |
| 000006 | MUFG UNION BANK, N.A | $ 14,276.45 | $ 0.00 | $ 839.85 |

UST Form 101-7-NFR (5/1/2011) *(Page: 3)*

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000007 | U.S. BANK NATIONAL ASSOCIATION | $ 9,046.47 | $ 0.00 | $ 532.18 |
| | Total to be paid to timely general unsecured creditors | | | $ 2,883.68 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ROBERT S. WHITMORE
ROBERT S. WHITMORE, TRUSTEE

*ROBERT S. WHITMORE, TRUSTEE*
*3600 LIME STREET*
*SUITE #616*
*RIVERSIDE, CA 92501*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.