Robert Whitmore, Trustee
3600 Lime Street, Suite 616
Riverside, CA 92501
Phone: 951-276-9292

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

| | | |
|---|---|---|
| In re: | § § § | |
| HILL, LINDA JEAN | § § § | Case No. 6:21-bk-15899-MH |
| Debtor(s) | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ROBERT S. WHITMORE, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:                                    Assets Exempt:
*(Without deducting any secured claims)*


Total Distributions to Claimants:                    Claims Discharged
                                                     Without Payment:


Total Expenses of Administration:

---

3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $          from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter    on             . The case was pending for    months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/ROBERT  S.  WHITMORE, TRUSTEE_____
                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Nationstar/Mr Cooper 350 Highland Houston, TX 77067 |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TRUSTEE COMPENSATION:ROBERT S. WHITMORE | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Kohls/capone Po Box 3115 Milwaukee, WI 53201 | | | | | |
| | Td Bank Usa/targetcred Po Box 673 Minneapolis, MN 55440 | | | | | |
| 000004 | CITIBANK, N.A. | | | | | |
| 000001 | DEPARTMENT STORES NATIONAL BANK | | | | | |
| 000002 | JPMORGAN CHASE BANK, N.A. | | | | | |
| 000003 | JPMORGAN CHASE BANK, N.A. | | | | | |
| 000006 | MUFG UNION BANK, N.A. | | | | | |
| 000005 | U.S. BANK NATIONAL ASSOCIATION | | | | | |
| 000007 | U.S. BANK NATIONAL ASSOCIATION | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 21-15899 MH | Judge: MARK D. HOULE | Trustee Name: | ROBERT S. WHITMORE, TRUSTEE |
| --- | --- | --- | --- | --- |
| Case Name: | HILL, LINDA JEAN | | Date Filed (f) or Converted (c): | 11/16/21 (f) |
| | | | 341(a) Meeting Date: | 12/23/21 |
| For Period Ending: | 03/23/23 | | Claims Bar Date: | 09/16/22 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 311 SAN REMO ST., PALM DESERT CA 92260 | 382,900.00 | 0.00 | OA | 0.00 | FA |
| 2. 2012 MERCEDES-BENZ E350 | 8,000.00 | 4,675.00 | | 4,000.00 | FA |
| 3. APPROXIMATELY 1995 GOLF CART (NEEDS NEW BATTERIES) | 1,000.00 | 0.00 | | 0.00 | FA |
| 4. HOUSEHOLD GOODS | 5,000.00 | 0.00 | | 0.00 | FA |
| 5. ELECTRONICS | 500.00 | 0.00 | | 0.00 | FA |
| 6. GOLF CLUBS | 250.00 | 0.00 | | 0.00 | FA |
| 7. CLOTHING | 500.00 | 0.00 | | 0.00 | FA |
| 8. ROLEX (FROM APPROXIMATELY 2000) | 2,000.00 | 0.00 | | 0.00 | FA |
| 9. TWO DOGS | 0.00 | 0.00 | | 0.00 | FA |
| 10. CASH | 22.00 | 0.00 | | 0.00 | FA |
| 11. CHECKING - US BANK | 267.00 | 0.00 | | 0.00 | FA |
| 12. SAVINGS - US BANK | 3,578.00 | 0.00 | | 0.00 | FA |
| 13. CHECKING - BANK OF SOUTHERN CALIFORNIA | 750.00 | 0.00 | | 0.00 | FA |
| 14. CHECKING - US BANK | 196.00 | 0.00 | | 0.00 | FA |
| 15. ROTH IRA WITH MERRILL LYNCH | 635.00 | 0.00 | | 0.00 | FA |
| 16. BETTERMENT | 4,500.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $410,098.00 | $4,675.00 | | $4,000.00 | $0.00 |
| --- | --- | --- | --- | --- | --- |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

EXCESS EQUITY IN VEHICLE

RECEIVED OFFER TO PURCHASE EXCESS EQUITY;

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 21-15899    MH    Judge: MARK D. HOULE | Trustee Name: | ROBERT S. WHITMORE, TRUSTEE |
| Case Name: | HILL, LINDA JEAN | Date Filed (f) or Converted (c): | 11/16/21 (f) |
| | | 341(a) Meeting Date: | 12/23/21 |
| | | Claims Bar Date: | 09/16/22 |

AWAITING CLAIMS BAR DATE;

CLAIMS REVIEW COMPLETED.

MOTION TO APPROVE COMPROMISE OF NON-EXEMPT EQUITY IN VEHICLE FILED; ORDER ENTERED 10-05-22 APPROVING COMPROMISE

Initial Projected Date of Final Report (TFR): 12/31/23      Current Projected Date of Final Report (TFR): 12/31/23

LFORM1

UST Form 101-7-TDR (5/1/2011) *(Page: 7)*

Ver: 22.07g

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 21-15899 -MH |
| --- | --- |
| Case Name: | HILL, LINDA JEAN |
| Taxpayer ID No: | *******2483 |
| For Period Ending: | 03/23/23 |

| Trustee Name: | ROBERT S. WHITMORE, TRUSTEE |
| --- | --- |
| Bank Name: | Axos Bank |
| Account Number / CD #: | *******1145 Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/06/22 | 2 | HESTON & HESTON ATTORNEYS AT LAW, TRUST ACCOUNT | NON-EXEMPT EQUITY IN VEHICLE | 1129-000 | 4,000.00 | | 4,000.00 |
| 01/24/23 | 030001 | ROBERT S. WHITMORE 3600 LIME STREET SUITE #616 RIVERSIDE, CA 92501 | Ch 7 Trustee Compensation | 2100-000 | | 1,000.00 | 3,000.00 |
| 01/24/23 | 030002 | DEPARTMENT STORES NATIONAL BANK C/O QUANTUM3 GROUP LLC PO BOX 657 KIRKLAND, WA 98083-0657 | Claim 000001, Payment 6.11973% ACCT #8187 | 7100-900 | | 68.50 | 2,931.50 |
| 01/24/23 | 030003 | JPMORGAN CHASE BANK, N.A. P.O. BOX 15368 WILMINGTON, DE 19850 | Claim 000002, Payment 6.12007% ACCT #3233 | 7100-900 | | 400.27 | 2,531.23 |
| 01/24/23 | 030004 | JPMORGAN CHASE BANK, N.A. P.O. BOX 15368 ILMINGTON, DE 19850 | Claim 000003, Payment 6.12008% ACCT #6619 | 7100-900 | | 631.68 | 1,899.55 |
| 01/24/23 | 030005 | CITIBANK, N.A. 6716 GRADE LN, BLDG 9 STE 910-PY DEPT LOUISVILLE, KY 40213-3439 | Claim 000004, Payment 6.12003% ACCT #3324 | 7100-900 | | 284.97 | 1,614.58 |
| 01/24/23 | 030006 | U.S. BANK NATIONAL ASSOCIATION BANKRUPTCY DEPARTMENT 4801 FREDERICA ST OWENSBORO, KY 42301 | Claim 000005, Payment 6.12015% ACCT #8971 | 7100-900 | | 187.20 | 1,427.38 |
| 01/24/23 | 030007 | MUFG UNION BANK, N.A P.O. BOX 3978 SEATTLE, WA 98124-1 | Claim 000006, Payment 6.12008% ACCT #2723 | 7100-900 | | 873.73 | 553.65 |
| 01/24/23 | 030008 | U.S. BANK NATIONAL ASSOCIATION BANKRUPTCY DEPARTMENT | Claim 000007, Payment 6.12007% ACCT #8577 | 7100-900 | | 553.65 | 0.00 |

Page Subtotals    4,000.00    4,000.00

Ver: 22.07g

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit 9

| Case No: | 21-15899 -MH | Trustee Name: | ROBERT S. WHITMORE, TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | HILL, LINDA JEAN | Bank Name: | Axos Bank |
| | | Account Number / CD #: | *******1145 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2483 | | |
| For Period Ending: | 03/23/23 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 4801 FREDERICA ST<br>OWENSBORO, KY 42301 | | | | | |

|  |  |  |  |  |
| --- | --- | --- | --- | --- |
| | COLUMN TOTALS | 4,000.00 | 4,000.00 | 0.00 |
| | Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| | Subtotal | 4,000.00 | 4,000.00 | |
| | Less:  Payments to Debtors | | 0.00 | |
| | Net | 4,000.00 | 4,000.00 | |

| | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- | --- |
| | TOTAL - ALL ACCOUNTS | | | |
| | Checking Account (Non-Interest Earn - ********1145) | 4,000.00 | 4,000.00 | 0.00 |
| | | ---------------------- | ---------------------- | ---------------------- |
| | | 4,000.00 | 4,000.00 | 0.00 |
| | | ============ | ============ | ============ |
| | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        0.00            0.00

Ver: 22.07g